UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Marlon PAZ NATIVI

        Petitioner

vs.

Christopher SHANAHAN, in his official capacity as New York Field Office Director for U.S. Immigration and Customs Enforcement; William JOYCE, in his official capacity as the Assistant Field Office Director of the New York Field Office for ICE, Jeh JOHNSON, in his official capacity as the Secretary of Homeland Security in the United States Department of Homeland Security; Loretta LYNCH, in her official capacity as Attorney General of the United States; and the U.S. DEPARTMENT OF HOMELAND SECURITY,

        Respondents

Case No.: 1:16-cv-08496 (UA)

ORDER TO SHOW CAUSE ON PETITION FOR WRIT OF HABEAS CORPUS



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11-10-16

Upon consideration of Petitioner's Application for Issuance of Order to Show Cause pursuant to 28 U.S.C. § 2243, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, accompanying declarations and exhibits, IT IS HEREBY ORDERED that:

1. Respondents are ORDERED to file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus and preliminary injunction should not be granted by December 2, 2016;

2. Petitioner shall have an opportunity to file a reply by December 9, 2016;

3. This matter shall be heard by this Court on December 21, 2016; at 10:30 AM;

4. Pending consideration, Respondents ARE HEREBY TEMPORARILY RESTRAINED from removing Petitioner from the jurisdiction of the New York Field Office of the Office of Enforcement and Removal Operations;

5. And such other and further relief as the Court may find appropriate;

6. Service of this Order shall be effectuated by Petitioner on the United States Attorney for the Southern District of New York by 5:00 am/pm on Nov. 16, 2016 and shall constitute good and sufficient service.

IT IS SO ORDERED.

Dated: November 10, 2016
New York, NY

_____
UNITED STATES DISTRICT JUDGE
Hon. J. Paul Oetken